**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| In re: HOLDERFIELD, MARC A. | § Case No. 12-30464 |
| HOLDERFIELD, HOLLIE SUE | § |
| | § |
| Debtor(s) | § |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 18, 2012. The undersigned trustee was appointed on June 18, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of       $         3,500.00

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 60.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 3,440.00 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/16/2013 and the deadline for filing governmental claims was 12/15/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $875.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $875.00, for a total compensation of $875.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $216.66, for total expenses of $216.66.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/18/2013          By: /s/NORMAN E. ROUSE, TRUSTEE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-30464  
**Case Name:** HOLDERFIELD, MARC A.  
HOLDERFIELD, HOLLIE SUE  
**Period Ending:** 10/18/13

**Trustee:** (450240) NORMAN E. ROUSE, TRUSTEE  
**Filed (f) or Converted (c):** 06/18/12 (f)  
**§341(a) Meeting Date:** 09/11/12  
**Claims Bar Date:** 07/16/13

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | checking account with Arvest | 100.00 | 0.00 | | 0.00 | FA |
| 2 | checking account with Arvest | 250.00 | 0.00 | | 0.00 | FA |
| 3 | bedroom furniture | 400.00 | 0.00 | | 0.00 | FA |
| 4 | camera/camcorder | 200.00 | 0.00 | | 0.00 | FA |
| 5 | computer | 350.00 | 0.00 | | 0.00 | FA |
| 6 | dvd/vcr | 100.00 | 0.00 | | 0.00 | FA |
| 7 | kitchen small appliances and cookware | 200.00 | 0.00 | | 0.00 | FA |
| 8 | kitchen table and chairs | 250.00 | 0.00 | | 0.00 | FA |
| 9 | lawn mower | 200.00 | 0.00 | | 0.00 | FA |
| 10 | refrigerator | 200.00 | 0.00 | | 0.00 | FA |
| 11 | televisions | 500.00 | 0.00 | | 0.00 | FA |
| 12 | yard tools/equipment | 1,500.00 | 0.00 | | 0.00 | FA |
| 13 | clothes | 300.00 | 0.00 | | 0.00 | FA |
| 14 | jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 15 | wedding rings | 300.00 | 0.00 | | 0.00 | FA |
| 16 | guns | 700.00 | 0.00 | | 0.00 | FA |
| 17 | 401(k) Hollie | 48,000.00 | 0.00 | | 0.00 | FA |
| 18 | 401(k) Marc | 67,000.00 | 0.00 | | 0.00 | FA |
| 19 | 2005 Chevy Tahoe | 9,000.00 | 2,400.00 | | 2,400.00 | FA |
| 20 | 2011 Ford F150 | 30,000.00 | 0.00 | | 0.00 | FA |
| 21 | 1996 Nitro Tracker and Motor | 3,000.00 | 1,100.00 | | 1,100.00 | FA |
| 22 | 1996 Tracker Trailer | 250.00 | 0.00 | | 0.00 | FA |
| 22 | **Assets** **Totals** (Excluding unknown values) | **$163,000.00** | **$3,500.00** | | **$3,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

09/18/12 Need amendments showing the Tahoe is paid off, photos of the boat, motor and trailer and the Tahoe and amend the means test to show correct amounts  
09/18/12 Objection to exemptions  
10/26/12 Objeciton to exemtpions

Printed: 10/18/2013 02:34 PM     V.13.13

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 12-30464  
**Case Name:** HOLDERFIELD, MARC A.  
HOLDERFIELD, HOLLIE SUE  
**Period Ending:** 10/18/13

**Trustee:** (450240) NORMAN E. ROUSE, TRUSTEE  
**Filed (f) or Converted (c):** 06/18/12 (f)  
**§341(a) Meeting Date:** 09/11/12  
**Claims Bar Date:** 07/16/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

12/06/12 Put on NER's desk for review of equity in assets  
01/04/13 Letter to Dayrell Scrinver - letter on equity in the Tahoe and boat  
01/29/13 Motion to transfer equity  
04/08/13 Email to Dayrell on order and need the funds  
04/12/13 Received the funds for the equity  
10/17/13 Worked up the TFR

**Initial Projected Date Of Final Report (TFR):**   November 30, 2013       **Current Projected Date Of Final Report (TFR):**   November 30, 2013

Printed: 10/18/2013 02:34 PM    V.13.13

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| **Case Number:** | 12-30464 | | **Trustee:** | NORMAN E. ROUSE, TRUSTEE (450240) |
|---|---|---|---|---|
| **Case Name:** | HOLDERFIELD, MARC A. | | **Bank Name:** | Rabobank, N.A. |
| | HOLDERFIELD, HOLLIE SUE | | **Account:** | ****960766 - Checking Account |
| **Taxpayer ID #:** | **-***5245 | | **Blanket Bond:** | $16,000,000.00  (per case limit) |
| **Period Ending:** | 10/18/13 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/12/13 | | Hollie Holderfield | Purchase of equity in boat and vehicle | | 3,500.00 | | 3,500.00 |
| | {21} | | equity payment  1,100.00 | 1129-000 | | | 3,500.00 |
| | {19} | | equity in asset  2,400.00 | 1129-000 | | | 3,500.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,490.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,480.00 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,470.00 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,460.00 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,450.00 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,440.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 3,500.00 | 60.00 | $3,440.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 3,500.00 | 60.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$3,500.00** | **$60.00** | |

Net Receipts :   3,500.00

Net Estate :   $3,500.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****960766** | 3,500.00 | 60.00 | 3,440.00 |
| | **$3,500.00** | **$60.00** | **$3,440.00** |

{} Asset reference(s)

Printed: 10/18/2013 02:34 PM    V.13.13

# Exhibit C - Claims Analysis

## Case: 12-30464   HOLDERFIELD, MARC A.

Claims Bar Date: 07/16/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | NORMAN E. ROUSE, TRUSTEE<br>5957 East 20th Street<br>P.O. BOX 1846<br>JOPLIN, MO 64802<br><2100-00  Trustee Compensation>, 200 | Admin Ch. 7<br>06/18/12 | | $875.00<br>$875.00 | $0.00 | $875.00 |
| | NORMAN E. ROUSE, TRUSTEE<br>5957 East 20th Street<br>P.O. BOX 1846<br>JOPLIN, MO 64802<br><2200-00  Trustee Expenses>, 200 | Admin Ch. 7<br>06/18/12 | | $216.66<br>$216.66 | $0.00 | $216.66 |
| 1 -1 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>04/17/13 | | $25,656.38<br>$25,656.38 | $0.00 | $25,656.38 |
| 2 -1 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>04/17/13 | | $8,951.29<br>$8,951.29 | $0.00 | $8,951.29 |
| 3 -1 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>05/13/13 | | $10,869.88<br>$10,869.88 | $0.00 | $10,869.88 |
| 4 -1 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>06/30/13 | | $827.30<br>$827.30 | $0.00 | $827.30 |
| 5 -1 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>06/30/13 | | $1,078.25<br>$1,078.25 | $0.00 | $1,078.25 |
| 6 -1 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>06/30/13 | | $988.59<br>$988.59 | $0.00 | $988.59 |

# Exhibit C - Claims Analysis

## Case: 12-30464   HOLDERFIELD, MARC A.

Claims Bar Date: 07/16/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7 -1 | Capital One NA<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/05/13 | | $3,755.31<br>$3,755.31 | $0.00 | $3,755.31 |
| 8 -1 | Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/10/13 | | $531.31<br>$531.31 | $0.00 | $531.31 |
| 9 -1 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/16/13 | | $4,414.00<br>$4,414.00 | $0.00 | $4,414.00 |
| 10 -1 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/16/13 | | $1,403.39<br>$1,403.39 | $0.00 | $1,403.39 |
| 11 -1 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/16/13 | | $4,186.66<br>$4,186.66 | $0.00 | $4,186.66 |
| 12 -1 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/16/13 | | $4,368.72<br>$4,368.72 | $0.00 | $4,368.72 |

**Case Total:**   $0.00   $68,122.74

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-30464
Case Name: HOLDERFIELD, MARC A.
Trustee Name: NORMAN E. ROUSE, TRUSTEE

**Balance on hand:** $ 3,440.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 3,440.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - NORMAN E. ROUSE, TRUSTEE | 875.00 | 0.00 | 875.00 |
| Trustee, Expenses - NORMAN E. ROUSE, TRUSTEE | 216.66 | 0.00 | 216.66 |

Total to be paid for chapter 7 administration expenses: $ 1,091.66
Remaining balance: $ 2,348.34

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,348.34

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 2,348.34

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 67,031.08 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 -1 | Atlas Acquisitions LLC | 25,656.38 | 0.00 | 898.85 |
| 2 -1 | American InfoSource LP as agent for | 8,951.29 | 0.00 | 313.60 |
| 3 -1 | Capital One Bank (USA), N.A. | 10,869.88 | 0.00 | 380.81 |
| 4 -1 | Capital Recovery V, LLC | 827.30 | 0.00 | 28.98 |
| 5 -1 | Capital Recovery V, LLC | 1,078.25 | 0.00 | 37.77 |
| 6 -1 | Capital Recovery V, LLC | 988.59 | 0.00 | 34.63 |
| 7 -1 | Capital One NA | 3,755.31 | 0.00 | 131.56 |
| 8 -1 | Capital One, N.A. | 531.31 | 0.00 | 18.61 |
| 9 -1 | Portfolio Recovery Associates, LLC | 4,414.00 | 0.00 | 154.64 |
| 10 -1 | Portfolio Recovery Associates, LLC | 1,403.39 | 0.00 | 49.17 |
| 11 -1 | GE Capital Retail Bank | 4,186.66 | 0.00 | 146.67 |
| 12 -1 | GE Capital Retail Bank | 4,368.72 | 0.00 | 153.05 |

Total to be paid for timely general unsecured claims: $ 2,348.34
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**